CATHERINE A. CONWAY, SBN 98366
  cconway@gibsondunn.com
JESSE A. CRIPPS, SBN 222285
  jcripps@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendants
TPG CAPITAL, L.P.

Joshua G. Konecky (SBN 182897)
  jkonecky@schneiderwallace.com
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: 415.421.7100
Facsimile: 415.421.7105

Jeremy Pasternak (SBN 181618)
  jdp@pasternaklaw.com
LAW OFFICES OF JEREMY PASTERNAK
445 Bush Street, Sixth Floor
San Francisco, California 94108
Telephone: 415.693.0300
Facsimile: 415.693.0393

Attorneys for Plaintiff and the Proposed Class

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA SHANKLE on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TPG CAPITAL, L.P., and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE NO. 12-C-06181 CRB<br><br>**JOINT STIPULATION OF THE PARTIES TO AMEND THE COMPLAINT OF ERICA SHANKLE AND TO FILE THE FIRST AMENDED COMPLAINT** |

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION OF THE PARTIES TO AMEND THE COMPLAINT OF ERICA SHANKLE AND TO FILE THE FIRST AMENDED COMPLAINT – CASE NO. 12-C-06181 CRB

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES hereto through their respective counsel as follows:

1. Pursuant to Federal Rule of Civil Procedure 15(a), Plaintiff Erica Shankle ("Plaintiff") shall be permitted to file the First Amended Complaint attached hereto as Exhibit A without the need to file a formal motion.  The First Amended Complaint shall be deemed filed as of today's date, February 1, 2013, and Defendant does not object to the filing of the First Amended Complaint; provided, however that Defendant shall not be required to file an Answer to the First Amended Complaint, and all denials, responses and affirmative defenses contained in the Answer filed by the Defendant to the original Complaint shall be deemed to apply to the First Amended Complaint.

2. The parties agree that Defendant, by filing this stipulation, does not agree that the claims set forth in the First Amended Complaint are appropriate, and reserves all rights and defenses, including, but not limited to, defenses based on statutes of limitation.

Dated: February 1, 2013

LAW OFFICES OF JEREMY PASTERNAK

/s/
Jeremy Pasternak

Attorney for Plaintiff

Dated: February 1, 2013

SCHNEIDER WALLACE
COTTRELL KONECKY LLP

/s/
Joshua Konecky

Attorney for Plaintiff

Gibson, Dunn & Crutcher LLP

2
JOINT STIPULATION OF THE PARTIES TO AMEND THE COMPLAINT OF ERICA SHANKLE AND TO FILE THE FIRST AMENDED COMPLAINT – CASE NO. 12-C-06181 CRB

1 | Dated: February 1, 2013

2
CATHERINE A. CONWAY
RACHEL S. BRASS
3
JESSE A. CRIPPS
SARAH ZENEWICZ
4
GIBSON, DUNN & CRUTCHER LLP

_____/s/_____
Jesse A. Cripps

Attorneys for Defendants
TPG CAPITAL, L.P.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __February 5, 2013____

_____
The Honorable Charles R. Breyer

*IT IS SO ORDERED — Judge Charles R. Breyer — United States District Court, Northern District of California*

101452747.2

---

Gibson, Dunn & Crutcher LLP

3

JOINT STIPULATION OF THE PARTIES TO AMEND THE COMPLAINT OF ERICA SHANKLE AND TO FILE THE FIRST AMENDED COMPLAINT – CASE NO. 12-C-06181 CRB