CATHERINE A. CONWAY, SBN 98366
 cconway@gibsondunn.com
JESSE A. CRIPPS, SBN 222285
 jcripps@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

RACHEL S. BRASS, SBN 219301
 rbrass@gibsondunn.com
SARAH ZENEWICZ, SBN 258068
 szenewicz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

Attorneys for Defendants
TPG CAPITAL, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ERICA SHANKLE on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TPG CAPITAL, L.P., and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 12-C-06181 CRB<br><br>**JOINT STIPULATION VOLUNTARILY DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE AND TERMINATING ACTION** |
|---|---|

TO THE HONORABLE CHARLES R. BREYER AND THE CLERK OF COURT, PLEASE TAKE NOTICE THAT the parties to the above-referenced action hereby stipulate and agree as follows:

Plaintiff Erica Shankle and Defendant TPG Capital, L.P. have reached a confidential agreement to settle all of Plaintiff's claims in the instant lawsuit with prejudice and to terminate all proceedings in this action.  Therefore, Plaintiff and Defendant TPG Capital, L.P. hereby stipulate and agree that Plaintiff Erica Shankle's claims in the above-captioned lawsuit shall be and hereby are

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION VOLUNTARILY DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE AND TERMINATING ACTION – CASE NO. 12-C-06181 CRB

dismissed with prejudice and that the above-captioned action be terminated in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),[1] with each side to bear its own costs, expenses, and attorneys' fees.

Dated: March 6, 2013

PLAINTIFF ERICA SHANKLE

By:     /s/ Erica Shankle
        Plaintiff Erica Shankle,
        an individual on her own behalf

Dated: March 6, 2013

CATHERINE A. CONWAY
RACHEL S. BRASS
JESSE A. CRIPPS
SARAH ZENEWICZ
GIBSON, DUNN & CRUTCHER LLP

By:     /s/ Jesse A. Cripps
        Jesse A. Cripps

Attorneys for Defendant
TPG CAPITAL, L.P.

---

[1] In the instant case where no class is certified, voluntary dismissal by joint stipulation of the parties is proper. Fed. R. Civ. P. 41(a)(1)(A). No court approval is required: "Rule 23(e)(1)(A) resolves the ambiguity in former Rule 23(e)'s reference to dismissal or compromise of 'a class action.' That language could be—and at times was—read to require court approval of settlements with putative class representatives that resolved only individual claims. *See* Manual for Complex Litigation Third, § 30.41. The new rule requires approval only if the claims, issues, or defenses of a *certified class* are resolved by a settlement, voluntary dismissal, or compromise." Fed. R. Civ. P. 23(e)(1)(A) advisory committee's note (emphasis added).

Gibson, Dunn & Crutcher LLP

2
JOINT STIPULATION VOLUNTARILY DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE AND TERMINATING ACTION – CASE NO. 12-C-06181 CRB

**DECLARATION OF FILER PURSUANT TO CIVIL LOCAL RULE 5-1(i)**

I attest that concurrence in the filing of this stipulation has been obtained from each of the other Signatories to this filing, as that term is defined in Civil Local Rule 5-1(i).

Dated: March 6, 2013

          CATHERINE A. CONWAY
          RACHEL S. BRASS
          JESSE A. CRIPPS
          SARAH ZENEWICZ
          GIBSON, DUNN & CRUTCHER LLP

By:     /s/ Jesse A. Cripps
          Jesse A. Cripps

Attorneys for Defendant
TPG CAPITAL, L.P.

101464929.4

Gibson, Dunn & Crutcher LLP

3

JOINT STIPULATION VOLUNTARILY DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE AND TERMINATING ACTION – CASE NO. 12-C-06181 CRB

**CERTIFICATE OF SERVICE**

I, Lucy C. Ragnelli, declare as follows:

I am employed in the County of San Francisco, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921, in said County and State. On March 6, 2013, I served the following document(s):

**JOINT STIPULATION VOLUNTARILY DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE AND TERMINATING ACTION**

on the parties stated below, by the following means of service:

Erica Shankle
1551 Gilboa Drive
Walnut Creek, CA 94598

☑ **BY OVERNIGHT DELIVERY**: On the above-mentioned date, I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses shown above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier with delivery fees paid or provided for.

☑ I am employed in the office of Jesse A. Cripps, a member of the bar of this court, and that the foregoing document(s) was(were) printed on recycled paper.

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☑ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2013.

/s/ Lucy C. Ragnelli
Lucy C. Ragnelli

Gibson, Dunn & Crutcher LLP

4
JOINT STIPULATION VOLUNTARILY DISMISSING PLAINTIFF'S CLAIMS WITH PREJUDICE AND TERMINATING ACTION – CASE NO. 12-C-06181 CRB