United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA SHANKLE,<br><br>    Plaintiff,<br><br>  v.<br><br>TPG CAPITAL LP, et al.,<br><br>    Defendants.<br>_____/ | No. C 12-06181 CRB<br><br>**ORDER RE: OBJECTION TO CONFIDENTIAL SETTLEMENT** |

       The Court is in receipt of a document entitled "Objection to Confidential Settlement to Settle 'All Claims' and Request for Case Management Conference," filed by former counsel to Plaintiff Erica Shankle. See Obj. (dkt. 26). The Court has also received Defendants' Response to that document (dkt. 27) and former Plaintiff's counsel's Reply (dkt. 28). This case was terminated following the filing of a joint stipulation of voluntary dismissal with prejudice. See Stip. (dkt. 23). Because the Court no longer has jurisdiction over this case, see Duke Energy Trading & Mktg., LLC v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001), and because it finds that "the risk of prejudice to absent class members is nil," see Culver v. City of Milwaukee, 277 F.3d 908, 915 (7th Cir. 2002), the Court will neither set a case

//

//

//

management conference in this case, nor send a notice to the putative class.

**IT IS SO ORDERED.**

Dated: March 22, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE